USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER VON STEIN,
                     Plaintiff,

15 **CIVIL** 7039 (CS)

-against-

**JUDGMENT**

DEPUTY COMMISSIONER JUSTIN D.
PRUYNE, PAMELA RIVERA, LISSA
GRAVELINE, and LISA HOY,
                     Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 29, 2020, State Defendants' and County Defendant's motions for summary judgment are GRANTED, and Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
          June 29, 2020

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                          **BY:**
                                                   **Deputy Clerk**